

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**Andrew T. Houghton**
Direct Line: 212.820.7734
ahoughton@skarzynski.com

June 9, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *National Union Fire Insurance Company of Pittsburgh, PA v. PVT Limited*
     Case No. 1:20-cv-01937-VSB

Dear Judge Broderick:

We write on behalf of Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA ("National Union") in the above referenced matter. We write with respect to ECF Nos. 10 and 11. ECF No. 10 was incorrectly filed as an "Amended Answer" rather than as National Union's Answer to Defendant, PVT Limited's ("PVT") counterclaim. As soon as counsel noticed the error, National Union's Answer to PVT's counterclaim was properly filed under ECF No. 11. As the filings under ECF Nos. 10 and 11 consist of the same document, National Union respectfully requests that the Court disregard ECF No. 10 or have it stricken from the ECF system in its entirety.

Should you have any questions or require additional information, please contact the undersigned.

Sincerely,

*Andrew T. Houghton*

Andrew T. Houghton

cc: Paul Breene (*via* ECF)

4815-5316-8575, v. 1