USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Union Fire Insurance Company of Pittsburgh, PA,

                Plaintiff,

-against-

PVT Limited,

                Defendant.

1:20-cv-01937 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than July 20, 2021, Defendant/Counter-Plaintiff PVT Limited shall file its proposed amended responses to the Requests for Admissions set forth in footnote 1 of the Letter Motion filed at ECF No. 40. In addition, PVT Limited shall file any amended responses to Plaintiff/Counter-Defendant National Union's interrogatories, as referenced in footnote 3 of the Letter Motion.

**SO ORDERED.**

DATED:     New York, New York
             July 14, 2021

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge