```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/14/2021____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

National Union Fire Insurance Company of
Pittsburgh, PA,

                                        **Plaintiff,**

                    **-against-**

PVT Limited,

                                        **Defendant.**

**1:20-cv-01937 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Defendant/Counter-Plaintiff PVT Limited shall file any response to Plaintiff/Counter-Defendant National Union's Motion to Deposit Funds (ECF No. 73) no later than September 23, 2021.

**SO ORDERED.**

DATED:     New York, New York
           September 14, 2021

_____
STEWART D. AARON
United States Magistrate Judge