**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** \_9/22/2021\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> v. <br><br> PVT Limited, <br><br> Defendant. | Case No.: 1:20-cv-01937-VSB-SDA |

## ~~PROPOSED~~ ORDER

**THIS MATTER**, having been opened to the Court by Plaintiff/Counter-Defendant, National Union Fire Insurance Company of Pittsburgh, Pa ("National Union") upon application for entry of an Order permitting leave to deposit premiums paid by Defendant/Counter-Plaintiff PVT Limited ("PVT") into the Court, and the Court having satisfied itself that the requested relief is warranted, rules as follows:

**IT IS** on this 22nd day of September 2021,

**ORDERED** that National Union's motion is GRANTED;

**ORDERED** that the Clerk of the Court is hereby directed to allow National Union to pay into the registry of this Court the funds at issue of the following sums:

**Policy No. 1**

(1) Premium for 2015-2016 policy period: $17,863.65;

(2) Premium for 2016-2017 policy period: $30,696.70; and

(3) Premium for 2017-2018 policy period: $28,860.10.

**Policy No. 2**

(1) Premium for 2018-2019 policy period: $40,261.10

**ORDERED** that the deposited funds remain in the Court Registry Investment System, or other applicable interest-bearing account, pending adjudication of the claims at issue in this litigation as confirmed by final judgment of this Court; or until such time as an Order is entered by this Court directing the release of all or part of the deposited funds.

Dated: September 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge