```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NATIONAL UNION FIRE INSURANCE                               :
COMPANY OF PITTSBURGH, PA,                                  :
                                                            :
                               Plaintiff,                   :      20-cv-1937 (VSB)
                                                            :
                -against-                                   :      ORDER
                                                            :
PVT LIMITED,                                                :
                                                            :
                               Defendant.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement in principal. Accordingly, it is hereby:

    ORDERED that the above-captioned action and all deadlines in it are stayed for forty-five (45) days. Upon the expiration of that period, as the parties have represented to me, they shall file their contemplated stipulation of dismissal.

SO ORDERED.

Dated:    October 20, 2021
             New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2021